No. 85–5193.   YATES *v.* AIKEN, WARDEN, ET AL.   Sup. Ct. S. C.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Francis* v. *Franklin,* 471 U. S. 307 (1985).

No. A–207 (85–369).   TUCKER *v.* HARTFORD FEDERAL SAVINGS & LOAN ASSN.   Sup. Ct. Conn.   Application for stay, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. D–493.   IN RE DISBARMENT OF SURDUT.   Disbarment entered.   [For earlier order herein, see 471 U. S. 1114.]

No. D–501.   IN RE DISBARMENT OF CHARTIER.   Disbarment entered.   [For earlier order herein, see 472 U. S. 1005.]

No. D–507.   IN RE DISBARMENT OF ROTH.   Disbarment entered.   [For earlier order herein, see 472 U. S. 1024.]

No. D–518.   IN RE DISBARMENT OF O'BOYLE.   It is ordered that Edwards C. O'Boyle, Jr., of Peacham, Vt., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–519.   IN RE DISBARMENT OF DAVIS.   It is ordered that James Nelson Davis, of Daytona Beach, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–521.   IN RE DISBARMENT OF KLINE.   It is ordered that David L. Kline, of Lake City, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–522.   IN RE DISBARMENT OF KAMINSKY.   It is ordered that James Raymond Kaminsky, of Columbus, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–523.   IN RE DISBARMENT OF GANTT.   It is ordered that Richard Allison Gantt, of Greenville, S. C., be suspended from the